## 59847. WELLS v. FOREST SQUARE, INC.

QUILLIAN, Presiding Judge.
Affirmed in accordance with Court of Appeals Rule 36.
*Judgment affirmed. Shulman and Carley, JJ., concur.*

ARGUED MAY 12, 1980 — DECIDED JUNE 2, 1980.

*Paul S. Weiner,* for appellant.
*Charles J. Driebe,* for appellee.